**Order entered January 6, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00847-CR

### ROBERT DIXON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## On Appeal from the Criminal District Court No. 4
## Dallas County, Texas
## Trial Court Cause No. F16-20143-K

## ORDER

Appellant filed his brief in this case on August 31, 2022. On January 3, 2023, appellant filed a letter brief listing changes to the August 31, 2022 brief. We **ORDER** appellant to file an amended brief on or before **JANUARY 20, 2023**, incorporating the changes listed in the January 3, 2023 letter brief. The State may file an amended brief in response within fourteen days after appellant files his amended brief.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE